UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CASE NO.: 3:23CR005 |
| v. | ) |
| | ) |
| | ) |
| AUSTON WAGNER, | ) |
| Defendant. | ) |

## ORDER

The Application for Leave of Absence filed by Tina E. Maddox, counsel for Defendant AUSTON WAGNER, having been considered, good cause being shown, and there being no opposition thereto, the Application for Leave of Absence for October 4, 2023 through October 6, 2023 is hereby GRANTED.

This 15th day of September, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA