IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 323-005 |
| | ) | |
| AUSTON COLE WAGNER | ) | |

**O R D E R**

In conjunction with its response to Defendant's motion to suppress, the government filed a motion to seal Exhibit 4, which is the polygraph examination of Defendant. (Doc. no. 48.) According to the motion, Exhibit 4 should be sealed because it mentions the name of a minor victim. Notably, however, the government submitted Exhibit 4 on the same thumb drive as Exhibits 1 and 2, which it does not seek to seal.

Accordingly, within seven days of the date of this Order, the government shall submit to the Courtroom Deputy Clerk a thumb drive containing an altered version of Exhibit 4 that renders all mention of the minor victim's name inaudible. Because the government does not seek to seal Exhibits 1 and 2, the government may either include Exhibits 1 and 2 on the same thumb drive as the redacted version of Exhibit 4, or file with the Clerk of Court a separate thumb drive containing only Exhibits 1 and 2 that shall be made a part of the public record.

SO ORDERED this 19th day of March, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA