IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 323-005 |
| | ) | |
| AUSTON COLE WAGNER | ) | |

**O R D E R**

The Joint Status Report identified Defendant's motion to suppress and request for a Jackson v. Denno[1] hearing as the only unresolved pretrial motions. (See doc. no. 51.) The government's motion for reciprocal discovery is, therefore, **MOOT**. (Doc. no. 19.) As the Court held an evidentiary hearing on the motion to suppress on May 7, 2024, the request for a Jackson v. Denno hearing is now likewise **MOOT**. (Doc. no. 46.) The parties requested to submit their closing arguments for the suppression issues by way of supplemental briefing to be filed after preparation of the hearing transcript. Accordingly, from the date the transcript is filed on the docket, the parties shall have fourteen days to file their supplemental briefs.

SO ORDERED this 10th day of May, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] 378 U.S. 368 (1964).